NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AD HOC SHRIMP TRADE ACTION COMMITTEE,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

v.

**HILLTOP INTERNATIONAL AND OCEAN DUKE CORP.,**
*Defendants-Appellants.*

---

2014-1514

---

Appeal from the United States Court of International Trade in No. 1:11-cv-00335-DCP, Judge Donald C. Pogue.

-------------------------------------------------------------------

**AD HOC SHRIMP TRADE ACTION COMMITTEE,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

v.

**HILLTOP INTERNATIONAL AND OCEAN DUKE CORP.,**
*Defendants-Appellants.*

───────────────

2014-1647

───────────────

Appeal from the United States Court of International Trade in No. 1:10-cv-00275-DCP, Judge Donald C. Pogue.

───────────────

**ON MOTION**

───────────────

Before O'MALLEY, *Circuit Judge.*

**O R D E R**

Appellants move without opposition to align the briefing schedules in the above-captioned appeals, making their opening briefs due no later than September 19, 2014. Appellants also move without opposition to exceed the word limit and file extended opening briefs of up to 18,000 words.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. Appellants' opening briefs, not to exceed 18,000 words each, are due no later than September 19, 2014.

FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court

s30